JUSTICE NELSON
concurs.
¶57 I concur in our Opinion, although my interpretation of the language in § 46-21-105(l)(a), MCA, is a bit different than that expressed in ¶ 16. Specifically, this statute provides, in pertinent part:
The original petition may be amended only once. At the request of the state or on its own motion, the court shall set a deadline for the filing of an amended original petition.
¶58 Reading both sentences together, it is my interpretation that the amended petition (except one alleging newly discovered evidence) can be filed at anytime. If either the state or the court wants to shorten that time, then it is up to the state to file a motion and obtain an order or it is up to the court to shorten the deadline sua sponte. In other words, if the time to file is to be shortened, the affirmative burden lies with the state or court.
¶59 I concur.
JUSTICE COTTER joins in the concurrence of JUSTICE NELSON